MELINA MANETTI (SBN 318350)
mmanetti@shb.com
**SHOOK, HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
TEL: (415) 544-1900 | FAX: (415) 391-0281

Attorney for Defendant

ERIK C. OLSON (SBN 260452)
eolson@fbm.com
CAMERON J. GIBBS (SBN 346524)
cgibbs@fbm.com
**FARELLA BRAUN + MARTEL LLP**
One Bush Street, Suite 900
San Francisco, CA 94104
TEL: (415) 954-4400 | FAX: (415) 954-4480

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUISE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ACTALENT, INC.,<br><br>Defendant. | Case No. 3:23-cv-01898-LB<br><br>**ORDER**<br><br>Complaint Filed:  April 20, 2023 |

1

1

## **ORDER**

2

Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendant shall answer or

3

otherwise respond to Plaintiff's complaint on or before Friday, June 30, 2023:

4

So Ordered, this 26 day of June, 2023.

5

6

7

The Honorable Laurel Beeler

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Case No. 3:23-cv-01898-LB