ERIK C. OLSON (SBN 260452)
eolson@fbm.com
CAMERON J. GIBBS (SBN 346524)
cgibbs@fbm.com
**FARELLA BRAUN + MARTEL LLP**
One Bush Street, Suite 900
San Francisco, CA 94104
TEL: (415) 954-4400 | FAX: (415) 954-4480

Attorneys for Plaintiff

MELINA MANETTI (SBN 318350)
mmanetti@shb.com
**SHOOK, HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
TEL: (415) 544-1900 | FAX: (415) 391-0281

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUISE LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ACTALENT, INC.,<br><br>　　　　　Defendant. | Case No. 3:23-cv-01898-LB<br><br>**ORDER**<br><br>Complaint Filed:  April 20, 2023 |

**ORDER AS MODIFIED**

Pursuant to the parties' Joint Stipulation, IT IS SO ORDERED that Defendant shall file its Motion to Dismiss Plaintiff's complaint on or before July 19, 2023, and Plaintiff shall file its opposition to Defendant's Motion to Dismiss on or before August 30, 2023. The Court also continues the Case Management Conference to September 21 ,2023 at 11:00 a.m. via Zoom with the Case Management Statements due by September 14, 2023 .

So Ordered, this 30 day of June 2023.

_____
The Honorable Laurel Beeler